**FILED**
FEB 13 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. **18CR 104** |
| | ) | |
| vs. | ) | Violation: Title 18, United States Code, |
| | ) | Section 922(a)(6) |
| JALEEL ATAA | ) | |

**JUDGE NORGLE**
**MAGISTRATE JUDGE WEISMAN**

<u>COUNT ONE</u>

The SPECIAL DECEMBER 2016 GRAND JURY charges:

On or about April 5, 2016, at Winthrop Harbor, in the Northern District of Illinois, Eastern Division,

JALEEL ATAA,

defendant herein, in connection with the acquisition of a firearm, namely, a Hi-Point model C9 9mm caliber pistol with serial number P1919912, from The Outdoorsman Sport Shop, a licensed dealer of firearms, within the meaning of Title 18, United States Code, Chapter 44, did knowingly make a false and fictitious written statement to The Outdoorsman Sport Shop, which statement was intended and likely to deceive The Outdoorsman Sport Shop with respect to a fact material to the lawfulness of the sale of the firearm to the defendant, under Title 18, United States Code, Chapter 44, in that defendant represented on Form 4473 that he was the actual buyer of the firearm, when, in fact, as defendant then knew, he was not the actual buyer of the firearm;

In violation of Title 18, United States Code, Section 922(a)(6).

1

## COUNT TWO

The SPECIAL DECEMBER 2016 GRAND JURY further charges:

On or about February 27, 2017, at Waukegan, in the Northern District of Illinois, Eastern Division,

JALEEL ATAA,

defendant herein, in connection with the acquisition of a firearm, namely, a Kel-Tec model PF9 9mm caliber pistol with serial number R5N32, from Schrank's Smoke 'N' Gun, a licensed dealer of firearms, within the meaning of Title 18, United States Code, Chapter 44, did knowingly make a false and fictitious written statement to Schrank's Smoke 'N' Gun, which statement was intended and likely to deceive Schrank's Smoke 'N' Gun with respect to a fact material to the lawfulness of the sale of the firearm to the defendant, under Title 18, United States Code, Chapter 44, in that defendant represented on Form 4473 that he was the actual buyer of the firearm, when, in fact, as defendant then knew, he was not the actual buyer of the firearm;

In violation of Title 18, United States Code, Section 922(a)(6).

## COUNT THREE

The SPECIAL DECEMBER 2016 GRAND JURY further charges:

On or about March 2, 2017, at Waukegan, in the Northern District of Illinois, Eastern Division,

JALEEL ATAA,

defendant herein, in connection with the acquisition of a firearm, namely, a SCCY model CPX-2 9mm caliber pistol with serial number 366944, from Schrank's Smoke 'N' Gun, a licensed dealer of firearms, within the meaning of Title 18, United States Code, Chapter 44, did knowingly make a false and fictitious written statement to Schrank's Smoke 'N' Gun, which statement was intended and likely to deceive Schrank's Smoke 'N' Gun with respect to a fact material to the lawfulness of the sale of the firearm to the defendant, under Title 18, United States Code, Chapter 44, in that defendant represented on Form 4473 that he was the actual buyer of the firearm, when, in fact, as defendant then knew, he was not the actual buyer of the firearm;

In violation of Title 18, United States Code, Section 922(a)(6).

## COUNT FOUR

The SPECIAL DECEMBER 2016 GRAND JURY further charges:

On or about March 2, 2017, at Waukegan, in the Northern District of Illinois, Eastern Division,

JALEEL ATAA,

defendant herein, in connection with the acquisition of a firearm, namely, a Standard model SA9 9mm caliber pistol with serial number 8202, from Schrank's Smoke 'N' Gun, a licensed dealer of firearms, within the meaning of Title 18, United States Code, Chapter 44, did knowingly make a false and fictitious written statement to Schrank's Smoke 'N' Gun, which statement was intended and likely to deceive Schrank's Smoke 'N' Gun with respect to a fact material to the lawfulness of the sale of the firearm to the defendant, under Title 18, United States Code, Chapter 44, in that defendant represented on Form 4473 that he was the actual buyer of the firearm, when, in fact, as defendant then knew, he was not the actual buyer of the firearm;

In violation of Title 18, United States Code, Section 922(a)(6).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY