UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 18 CR 104 |
| v. | Judge Charles R. Norgle |
| JALEEL ATAA | |

## PETITION FOR *WRIT* OF *HABEAS CORPUS AD PROSEQUENDUM*

Now comes the UNITED STATES OF AMERICA by JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, and respectfully represents unto Your Honor that:

> Name: JALEEL ATAA
> Date of Birth: */**/1993
> Sex: Male
> Booking #: L151572

has been and now is, in due form and process of law, detained in the following institution: Lake County Adult Corrections Facility, in Waukegan, Illinois.

Your petitioner further represents to Your Honor that the said prisoner has been charged in the Eastern Division of the Northern District of Illinois with four counts of knowingly making false and fictitious written statements, in connection with the acquisition of a firearm from a licensed dealer of firearms, with the intent to deceive the dealer with respect to a fact material to the lawfulness of the sale of the firearm to the defendant, in violation of 18 U.S.C. § 922(a)(6), and is now wanted in such division and district on March 2, 2018, at 10:00 am, for an arraignment before Judge CHARLES R. NORGLE, in the courtroom usually occupied by said judge in the United States Courthouse, Chicago, Illinois.

WHEREFORE, your petitioner prays for an Order directing the issuance of a *Writ* of *Habeas Corpus Ad Prosequendum* in this matter directed to the following persons:

EDWARD GILMORE
United States Marshal
Northern District of Illinois
219 South Dearborn Street
Room 2444 – Federal Building
Chicago, Illinois  60604

MARK C. CURRAN, JR.
Sheriff
Lake County Sheriff's Office
25 S. Martin Luther King Jr. Avenue
Waukegan, IL 60085

commanding them to produce the body of the said prisoner before this Court at said time and on said date, in the United States Courthouse in Chicago, Illinois, and that when the said prisoner shall be so produced pursuant to said *Writ,* and that when the proceedings in this case have been concluded, that JALEEL ATAA be returned forthwith to said institution from which he was brought.

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney


By:   _/s/ Cornelius A. Vandenberg_
CORNELIUS A. VANDENBERG
Assistant United States Attorney
219 S. Dearborn St., Rm. 500
Chicago, IL  60604
(312) 353-5310

2